JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rachelle Gomez in her individual capacity and as successor in interest for Decedent Gael Martinez<br><br>Plaintiffs,<br><br>vs.<br><br>County of Los Angeles, a public entity; Candice Brown an individual; Doris Lemieux, an individual; Eboni Crowe, an individual; Adrian Hawkins, an individual; County DOE Workers 1-10, unidentified named individuals; The City of Beverly Hills, a public entity Officer DOE Lovell, an unidentified individual; Officer U. Mendoza, an individual; Police Officer DOES 1-10 Humanistic Foundation, Inc., a California corporation; Group Home DOE Employees 1-10, unidentified known individuals;<br><br>Defendants. | Case No.: 2:21-cv-03708<br>Assigned to the Honorable: R. GARY KLAUSNER<br><br>**JUDGMENT GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: June 6, 2022<br>Time: 9:00 am<br>Courtroom: 850<br><br>Complaint Filed: April 30, 2021 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Whereas Defendants COUNTY OF LOS ANGELES, CANDICE BROWN, DORIS LEMIEUX, EBONI CROWE, AND ADRIAN HAWKINS filed a Motion for Summary Judgment and/or Motion for Partial Summary Judgment, and Defendant MENDOZA filed a Motion for Summary Judgment, on all remaining claims alleged in Plaintiff RACHELLE GOMEZ's Second Amended Complaint filed on October 18, 2022;

Whereas the aforementioned Motions were taken under submission by the Honorable R. Gary Klausner, United States District Court Judge presiding;

Whereas, the Court having read and considered the papers submitted in

1

support of the Motions, and based upon the papers and pleadings on file in this matter;

**GOOD CAUSE HAVING BEEN FOUND**, the Court hereby orders that Defendants MENDOZA, COUNTY OF LOS ANGELES, ADRIAN HAWKINS, EBONI CROWE, DORIS LEMIEUX, AND CANDICE BROWN have judgment entered in their favor forthwith, that Plaintiff RACHELLE GOMEZ take nothing, and that the action be dismissed on the merits. It is further ordered and adjudged that Defendants recover their costs.

**IT IS SO ORDERED.**

DATED: July 1, 2022

HON. R. GARY KLAUSNER
United States District Court Judge